NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MICHAEL BORDERS, DOC #U11417    )
                                )
            Appellant,          )
                                )
v.                              )          Case No. 2D17-2792
                                )
STATE OF FLORIDA,               )
                                )
            Appellee.           )
_____ )

Opinion filed February 7, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Pasco
County; Mary M. Handsel, Judge.

PER CURIAM.

            Affirmed.

NORTHCUTT, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.